UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DELVILLE BENNET,

                Petitioner,

JUDGMENT
02-CV- 5232 (JBW)

-against-

BRIAN S. FISCHER, et al.,

                Respondents.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on April 25, 2005, denying the petition for a writ of habeas corpus; and granting a Certificate of Appealability on the issue of whether petitioner was denied effective assistance of trial counsel because of counsel's failure to present alibi witnesses at trial; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability is granted on the issue of whether petitioner was denied effective assistance of trial counsel because of counsel's failure to present alibi witnesses at trial.

Dated: Brooklyn, New York
       April 25, 2006

ROBERT C. HEINEMANN
Clerk of Court

By
*Chief Deputy*.